IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE CREWS                                                                                                   PLAINTIFF

v.                                                      3:05CV00172 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ORDERED this 13th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE